**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00637-GPG

DANIEL G. MELINA,

      Applicant,

v.

WILLIAM POLLARD, Warden, and
JOHN W. SUTHERS, Attorney General for the State of Colorado,

      Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

      Applicant, Daniel G. Melina, filed a Motion on May 29, 2015, asking the Court to forward Copies of all Orders and Motions filed after April 14, 2015 to his new address. (ECF No. 52).  Applicant states that the last ruling/motion he received was a response to Applicant's response to Order to Show Cause, which was filed on April 14, 2015.

      The Court notes that the Applicant filed a notice of Change of Address and Request for Copies on May 21, 2015.  (ECF No. 49).  On May 26, 2015, this Court issued a Minute Order directing the Clerk of Court to send Applicant a copy of the May 7, 2015 Order to Show Cause at his new address and extending the amount of time for Applicant to respond to the Order.  (ECF No. 50).  The Clerk of Court did so on May 27, 2015. (ECF No. 51).  There has been no other activity in this case, besides numerous notices and minute orders regarding Applicant's changes of address.  Therefore, Applicant's May 29, 2015 Motion will be denied as moot. Therefore, it is

      ORDERED that Applicant's May 29, 2015 Motion asking for copies of orders and motions is DENIED as moot.

DATED: June 1, 2015, at Denver, Colorado.